UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, WASHINGTON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-01390-RSL<br><br>ORDER |

　　This matter comes before the Court on plaintiff's complaint and notice of multidistrict litigation. The Clerk of Court is directed to transfer the above-captioned matter to the Honorable Brian R. Martinotti in the District of New Jersey as tag-along action related to *In Re: Insulin Pricing Litig.*, MDL No. 3080.

　　Dated this 11th day of September, 2023.

　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1